1044

THE STATE OF WASHINGTON, *Respondent,* v. JAMES R. PARMELEE, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-03381-3, Robert D. Austin, J., entered March 1, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Kato, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. TONY SANCHEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 04-1-00803-8, Robert G. Swisher, J., entered April 1, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato and Kulik, JJ.

JOHN GOODMAN, *Appellant,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 04-2-02912-5, Harold D. Clarke III, J., entered June 29, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Kulik, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. PATRICK K. STEARNS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-01198-6, Stephen J. Dwyer, and James H. Allendoerfer, JJ., entered January 5 and July 29, 2005. *Affirmed in part* and *remanded* by unpublished per curiam opinion.